CHRISTOPHER SUTHERLAND

vs

FOX RENT A CAR INC.



## COMPLAINT

**VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT <u>CAUSING</u> PHYSICAL PAIN AND DISTRESS**

I Christopher Sutherland in accordance with the attached EEOC Dismisal and Notice of Rights, Charge No. 510-2020-05241 submit this complaint. I believe I was discriminated against because of my gender in violation of Title VII of the Civil Rights Act. The <u>two</u> incidents ( attached ) are the cause of ongoing physical pain and distress. These two incidents also constributed to constructive discharge. I believe I am entitled to relief. The facts and evidence are attached. I ask the court to deliberate on the facts and evidence submitted and grant any and all appropriate relief which the Court deems to be just equitable and proper.

signed,

Christopher Sutherland

January 26th 2022

EEOC Form 161 (11/2020)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Christopher E. Sutherland**
2281 Sw 83rd Avenue
Miramar, FL 33025

From: **Miami District Office**
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2020-05241 | George W. Ruggiano, Investigator | (786) 648-5823 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Jacqueline Gabriel for*
**Paul Valenti,
District Director**

10/27/2021
*(Date Issued)*

Enclosures(s)

cc: **Respondent's Representative**
Stella Chu, Esq.
LITTLER MENDELSON P.C.
Wells Fargo Center
333 SE 2nd Avenue
Suite 2700
Miami, FL 33131

### GENDER / SEX DISCRIMINATION

I was denied vacation ( *the opportunity to rest* ) four ( 4 ) consecutive times which led to body aches, knee injury / pain. Two female employees were permitted to go on vacation but I was denied 4 consecutive times. I was forced to work under pain, duress, and fatigue for the entire year of 2019. This discrimination against me caused widespread fatigue and pain including both knees which recieved cortisone injections and acupunture to relieve the pain. I ultimately went on medical leave without an approval in January of 2020 because I was on the verge of physically passing out. *I am still living with pain and a clicking sound in my knees to this day becuase of Fox Rent a Car inc. discrimination.* The two employees that were allowed to go on vacation instead of me was Donna Marie ( *she went to Europe* ) and Gisela ( *she went on a sea cruise* ).



#1



FOX Rent A Car - Employee Handbook

### 3.4   VACATION



The Company believes that vacation time is of great importance in maintaining the health and vitality of our employees. The purpose of paid vacation is to provide time for recreation and relaxation. It is, therefore, the policy of the Company that employees utilize their vacation time every year.

Paid vacations are granted to regular full-time employees, who work at least 30 hours a week consistently, on a pro-rata basis. Eligible employees accrue vacation according to an established schedule. Employees on a leave of absence do not accrue vacation.



Christopher Sutherland <csutherland@foxrentacar.com>

## Refused Vacation 8 Hours request 8/02/2019 - 8/04/2019
1 message

**mgloud@foxrentacar.com** <mgloud@foxrentacar.com>　　　　　　　　　Tue, Jul 2, 2019 at 9:18 AM
To: csutherland@foxrentacar.com

Request ID: REQ_61351
Name: Sutherland, Christopher E
Request for: Vacation 8 Hours
Pay code: Vacation
Start Date: 8/02/2019
End Date: 8/04/2019

DENIED

#1



Christopher Sutherland <csutherland@foxrentacar.com>

## Refused Vacation 8 Hours request 7/26/2019 - 7/28/2019
1 message

**mgloud@foxrentacar.com** <mgloud@foxrentacar.com>  Tue, Jul 2, 2019 at 9:19 AM
To: csutherland@foxrentacar.com

Request ID: REQ_61184
Name: Sutherland, Christopher E
Request for: Vacation 8 Hours
Pay code: Vacation
Start Date: 7/26/2019
End Date: 7/28/2019

DENIED

# 2



Christopher Sutherland <csutherland@foxrentacar.com>

# Leave of Absense / UNPAID
2 messages

---

**Christopher Sutherland** <csutherland@foxrentacar.com>  Wed, Nov 6, 2019 at 8:39 PM
To: Mike Gloud <mgloud@foxrentacar.com>

Christopher Sutherland
2281 SW 83rd Avenue
Miramar Florida 33025

11/06/2019

To: Mike Gloud

I'm interested in a leave of absence this month. Two weeks UNPAID...Is that possible?
I'm not feeling well personal issues at home also.

sign,
Chris Sutherland

---

**Mike Gloud** <mgloud@foxrentacar.com>  Thu, Nov 7, 2019 at 6:14 AM
To: Christopher Sutherland <csutherland@foxrentacar.com>

Good morning Chris. I'm sorry to hear you're having issues.
We are currently short-staffed, along with having 2 new hires.
If it is considered FMLA, please reach out to LaDeisha Williams in HR.
If it qualifies, she will push it back to me for consideration.
Otherwise, I can't do it right now.
I'm very sorry.

Mike Gloud
General Manager, Fort Lauderdale
FOX RENT-A-CAR, INC.
954.903.2731 office
954.903.2757 efax
818.590.4456 mobile
mgloud@foxrentacar.com
www.foxrentacar.com

DENIED

# 3

[Quoted text hidden]



Carlos Pardo APRN
Pembroke Pines
9035 Pines Blvd
Pembroke Pines, FL 330246440
Phone: (954) 378-0333



| | | | |
|---|---|---|---|
| **Patient Name:** | Christopher Sutherland | **DOB:** | 09/07/1975 |
| **Address:** | 2281 Sw 83 Avenue<br>Miramar, FL 33025 | **Prescription Date:** | November 06, 2019 |

**ibuprofen 800 mg tablet**

take 1 tablet by oral route 3 times every day with food for HEADACHE, KNEE PAIN for HEADACHE, KNEE PAIN

**Generic Substitution Permissible**

**QTY:** 30 (thirty)
**REFILLS:** 0 (zero)

**UNITS:** Tablet

**PRN Reason: HEADACHE, KNEE PAIN**
<u>Start date</u> 11/6/2019  <u>Stop Date</u> 11/15/2019

*Capas* (signature)

This is a valid prescription This is a valid prescription This is a valid prescription This is a valid prescription This is a valid prescription This is a valid prescription This is a valid prescrip
**Signature**

**Carlos Pardo APRN**
Supervising Physician: Leon Uribe MD
4450 North State Rd. 7, Suite 1, Pompano Beach, FL 33073

Rx Auth #_____
Phone: (954) 633-1422



**Christopher Sutherland <csutherland@foxrentacar.com>**

---

## Vacation January
1 message

---

**Christopher Sutherland** <csutherland@foxrentacar.com>  Mon, Dec 9, 2019 at 5:47 PM
To: Mike Gloud <mgloud@foxrentacar.com>



From: Chris Sutherland

To: Mike Gloud

I put in a vacation request for January 5 - 8 thru ADP.
let me know, so that I can make some plans.


thank you,
Chris Sutherland



No response
Denied
#4



# Request for Leave of Absence Form

*PLEASE COMPLETE AND RETURN THIS FORM TO YOUR SUPERVISOR 30 DAYS IN ADVANCE OF LEAVE IF POSSIBLE*

## EMPLOYEE INFORMATION

**Employee Name (First, Last, Middle Initial):** Christopher E. Sutherland

**Home Address:** 2281 SW 83 Ave    **City:** Miramar    **State:** FL    **Zip:** 33025

**Job Title/Location:** Rental Agent    **Telephone Number:** 954-552-7064  ☐ HOME  ☐ CELL

## ABSENCE INFORMATION

☑ This is a new request.    ☐ This is an update to an existing request.

**Requested Start Date:** January 9th 2020    **Anticipated Return Date:** January 19th 2020

## TYPE OF LEAVE

☑ Extended Leave of Absence    ☐ Intermittent Absence (information required below)

For Intermittent Absences, describe your intermittent or reduced work schedule (e.g., "up to 2-3 sick days a month per doctor"). This must be medically necessary and documented in a current medical certification form from your health care provider.

## REASON(S) FOR LEAVE

Please indicate the applicable reason(s) for your leave below. If you require additional information about leave types and their qualifying criteria, please contact your Human Resources Business Partner.

☐ Employees Own Serious Health Condition (**not work related**)*
☐ Care for Ill Parent, Spouse, Child or Domestic Partner*

*\* For leaves due to your own or a Family Member's Serious Health Condition, a Medical Certification form is required.*

  ☐ A completed Medical Certification form is attached.
  ☐ I will submit a Medical Certification form within 15 days to HR.

☐ Workplace Injury / Worker's Compensation
☐ Pregnancy Leave
☐ Baby Bonding (Care for Newborn/Placed Child) °
  ° Provide the Date of Birth or Placement of Child (if applicable): _____
☐ Military Leave: Active Duty, qualifying exigency leave, Military Caregiver or FMLA
☐ Other Medical Leave (e.g., contractual leave for extended family members or when employee is ineligible for other leaves)
☑ Personal Leave (Medical Reason)
☐ Personal Leave (Non-Medical Reasons)

## LEAVE OF ABSENCE CATEGORIES

A leave of absence may consist of leave without pay and/or paid leave (vacation, sick leave, and floating holiday). Paid leave may be used in accordance with applicable policy. I request to use the following leave categories:

| Type | Number of Hours | Dates: From | Through |
|---|---|---|---|
| Vacation | N/A | | |
| Sick Leave | N/A | | |
| Floating Holiday | N/A | | |
| (Leave w/o Pay) | N/A | 1/9/2020 | 1/19th/2020 |

☐ I have verified that I have sufficient accrued leave to take the above requested paid leave.

**Employee Signature (for paper forms):** [signature]    **Date:** 1/8/20

**APPROVED BY HR:**
**DATE:**

*Confidential and Private*

December 30th 2019

To Whom It May Concern,

Mr. Sutherland , Christopher is being treated here at our office for having back strain and sprain and has been advised to refrain from extended periods of sitting and standing . Please excuse Mr. Sutherland from being absent from work on this day and also excuse his leave of absence for 7-10 days until re-evaluation. If you have any further questions please feel free to contact our office.

Best,

*Dr. Sol Lallouz*

Dr. Lallouz, Solomon DC, CCSP

**LALLOUZ HEALTH CENTER**

16100  N.E. 16TH AVE ( STE-B) NORTH MIAMI BEACH FL, 33162

PH: 305-652-2228

FAX: 305- 949-4823

**Dr. Solomon Lallouz**
16100 NE 16th Ave., Suite B
North Miami Beach, FL 33162
Tel: 305-652-2228 • Fax: 305-949-4823
Email: drslallouz@gmail.com

DEA #: _____   1/23/2020

Name: Christopher Sutherland

Address: _____

VOID APPEARS IF COPIED, BACKGROUND COLOR BLUE, RESISTS ERASURE & ALTERATIONS. MICROPRINT SIGN. LINE, REVERSE RX & SECURITY BACKPRINT

Prescription for: Return to Work w/
℞   Restrictions   2/3/20

Dr. Solomon Lallouz
16100 NE 16th ave. Suite B
[N. Miami Beach], Fl 33162

Refill NR  1  2  3  4  5   Void after: _____

Prescription is void if more than one (1) prescription is written per blank.
PR: 180412191439

# Fort Lauderdale Orthopaedic Surgery & Sports Medicine

Kevin B. Shrock, MD*   Matthew E. Wells, MD*
*Diplomate American Board of Orthopaedic Surgery*
Brittany Poole, PA-C - Rafael Sanchez, PA-C

**Patient Name:** Sutherland, Christopher
**Chart Number:** 911831
**DOB:** 09-07-1975   **Age:** 44 Years
**Date of Visit:** 01-13-2020
**Attending Physician:** Rafael Sanchez, PA-C

**EVALUATION TYPE:** Walk in New Patient - New Problem.

**CHIEF COMPLAINT:** Left Knee. Right Knee.

**HISTORY OF PRESENT ILLNESS:**
The patient is a 44-year-old male presenting with bilateral knee pain for evaluation in our orthopedic walk-in clinic. He states he's been experiencing knee pain bilaterally since October 2019. He denies any specific trauma or injury and states the pain has been gradually getting worse with a gradual onset as well. He works for a Rent-a-car company and has to stand for many hours as well as walk to the parking lot and back to the main building multiple times during the day. He has started developing such an ache in his knees that he has had to stop working for the last week or two. He proceeded to see doctors at an urgent care where he was told to use ibuprofen 800 mg three times a day and Ice. He has been noncompliant with the medication regiment and the ice. He denies any giving way or locking of the knees but he does state he hears and feels popping over the anterior medial aspect of the knee while he is walking. The popping happens intermittently. He denies any intermittent swelling of the knees.

**ALLERGIES:** The patient denies any known drug allergies, reactions or intolerances.

**CURRENT MEDICATIONS:** None.

**PAST SURGICAL HISTORY:**
General Surgery: Hernia Repair.

**PAST MEDICAL HISTORY:** No significant PMH.

**FAMILY MEDICAL HISTORY:**
Mother is alive. Father is deceased.

**PERSONAL / SOCIAL HISTORY:**
Tobacco history: The patient denies tobacco use.
Alcohol Use: The patient drinks socially.
Recreational Drug history: The patient denies the use of recreational drugs.

**REVIEW OF SYSTEMS: Constitutional:** The patient denies fever, chills, or significant weight change. **Hematologic:** The patient denies easy bruisability, thalassemia, hemophilia, or severe anemia. **HEENT:** Patient denies loss or change of vision, loss of hearing, nasal congestion, or difficulty swallowing. **Respiratory:** The patient denies cough, exertional dyspnea, or wheezing. **Cardiac:** The patient denies chest pains, or palpitations. **Gastro-Intestinal:** Patient denies nausea, vomiting, constipation, or diarrhea. **Genito-Urinary:** The patient denies painful urination, flank pain, or blood in urine. **Skin:** The patient denies skin lesions, itching, or rashes. **Neurological:** The patient denies severe headaches, dizziness, or seizures. **Emotional/Psychiatric:** The patient denies depression, insomnia, excessive worry, or anxiety. **Vascular:** The patient denies calf cramping with

Patient Name: Sutherland, Christopher
Chart Number: 911831
DOB: 09-07-1975
Date of Visit: 01-13-2020

walking, or excessive sensitivity to cold. **Immune System:** The patient denies HIV or immunosuppressive disorders.
**Positive for Back Pain.**

## PHYSICAL EXAMINATION:
  Height: 64 inches.
  Weight: 174 lbs.
  BMI: 29.86.
  Gait:  The patient ambulates with a normal gait.
**Left Knee Exam**
**Atrophy:**  There is no significant atrophy evident.
**Tenderness:**  **Tenderness is present at the medial joint line (mid third and posterior third)..**
**Swelling:**  No swelling noted.
**Ecchymosis:**  No ecchymosis noted.
**Patello-femoral:**  Pain on PF compression is absent. PF crepitus is not present. There is a negative apprehension sign. Atrophy is not present. Tight lateral retinaculum is not present. Lateral tilt is not palpably present. Lateral subluxation is not palpably present. The patient is able to do a straight leg lift. Medial synovial crepitus is not present. Lateral synovial crepitus is not present.
**Deformity:**  No significant deformity noted.
**Ligament Testing:** There is no evidence of ligamentous laxity.
**Range of Motion:**  Normal Knee ROM.
**Compartment Testing:** McMurray signs are absent.
**Wounds:**  No fresh abrasions, lacerations, or incisions noted.
**Effusion:**  Absent.

**Right Knee Exam**
**Atrophy:**  There is no significant atrophy evident.
**Tenderness:**  **Tenderness is present at the medial joint line (mid third and posterior third).**
**Swelling:**  No swelling noted.
**Ecchymosis:**  No ecchymosis noted.
**Patello-femoral:**  Pain on PF compression is absent. PF crepitus is not present. There is a negative apprehension sign. Atrophy is not present. Tight lateral retinaculum is not present. Lateral tilt is not palpably present. Lateral subluxation is not palpably present. The patient is able to do a straight leg lift. Medial synovial crepitus is not present. Lateral synovial crepitus is not present.
**Deformity:**  No significant deformity noted.
**Ligament Testing:** There is no evidence of ligamentous laxity.
**Range of Motion:**  Normal Knee ROM.
**Compartment Testing:** McMurray signs are absent.
**Wounds:**  No fresh abrasions, lacerations, or incisions noted.
**Effusion:**  Absent.

## X-RAY RESULTS:
**Left Knee X Rays Taken in Office:**  4 views of the knee were obtained including weight-bearing 20 degree PA flexion, lateral, tunnel and bilateral modified Merchant views (73564). No significant abnormalities on the PF views. No significant abnormalities on the tibio-femoral views.
  Flexion WB Views: No significant abnormalities on the weight bearing views.
**Right Knee X Rays Taken in Office:**  4 views of the knee were obtained including weight-bearing 20 degree PA flexion, lateral, tunnel and bilateral modified Merchant views (73564). No significant abnormalities on the PF views. No significant abnormalities on the tibio-femoral views. Flexion WB Views: No significant abnormalities on the weight bearing views.

Patient Name: Sutherland, Christopher
Chart Number: 911831
DOB: 09-07-1975
Date of Visit: 01-13-2020

## DIAGNOSIS:
**Diagnosis - Left Knee:**
Internal Derangements (717.9) (M23.8X2) and
Pain in Left Knee (719.46) (M25.562).
**Diagnosis - Right Knee:**
Internal Derangements (717.9) (M23.8X1) and
Knee Pain (719.46) (M25.561).

## RECOMMENDATIONS:
After examining the patient as well as reviewing his knee x-rays we explained to him that for the most part his x-rays as well as his examination are benign with the exception of having mild tenderness over both medial joint lines. We explained to the patient we believe he has an internal derangement of the knee with possible medial meniscal injuries her tears. We suggested a therapeutic and diagnostic steroid injection into bilateral knees and the patient agreed. We will have the patient ice the knees 20 or 30 minutes twice a day for the next two weeks. We will have the patient return in two weeks on a PRN basis if he continues to have pain and we will order an MRI for bilateral knees. The patient understands his diagnosis as well as our recommendations and all of his questions were answered thoroughly to his satisfaction.

## PROCEDURES:
**Left Knee Procedures:**
  **Joint/Bursa:**
    Location: Inferomedial knee joint. After examination, the necessity for injection was determined. After a discussion of the risks and possible benefits of cortisone injection, including side effects of infection, steroid flare, fat atrophy and depigmentation, the patient agreed to the procedure. After suitable prep and using sterile technique, the skin was sprayed with ethyl chloride, and the injection was performed with Depomedrol, Xylocaine 1%, and Marcaine 0.5%, 1 cc each (J1030, 1 unit).
    **Injection Results:** Injection produced: pain relief. Tenderness improved.
**Right Knee Procedures:**
  **Joint/Bursa:**
    Location: Inferolateral knee joint. After examination, the necessity for injection was determined. After a discussion of the risks and possible benefits of cortisone injection, including side effects of infection, steroid flare, fat atrophy and depigmentation, the patient agreed to the procedure. After suitable prep and using sterile technique, the skin was sprayed with ethyl chloride, and the injection was performed with Depomedrol (Methylprednisolone acetate, 40 mg.), Xylocaine 1%, and Marcaine 0.5%, 1 cc each.
    **Injection Results:** Following the injection, the patient's pain was relieved. Tenderness improved.

## INSTRUCTIONS:
**Return Appointment:**
The patient was instructed to call the office and schedule a return visit as needed and the patient was instructed to return to the office in 2 weeks but may call the office, or return sooner, if the symptoms worsen or if there are any additional concerns. The patient will follow-up with Rafael Sanchez, PA-C.

Rafael Sanchez, PA-C

## GENDER / SEX DISCRIMINATION

I believe I was discriminated against because, I was not a female. My written request for Covid-19 furlough was denied and I was told to <u>resign</u> instead .On April 5th 2020, I contacted Human Resource by email requesting furlough. Human Resource refused to respond but the General Manager Mike Gloud did respond by email stating that I am a essential worker so I had to stay or resign. The General Manager Mike Gloud later **retracted** that company email. The female employees ( *Donna Marie ,Donna Gayle and Mimi* ) who were <u>also</u> essential workers were permitted and furloughed <u>AFTER</u> my written email request, despite my seniority with the company . I was told to resign instead. My life was intentionally put in danger for me to resign. I came in contact with various customers several times who admitted they had the COVID-19 virus.

(#2)



April 2, 2020

To Whom It May Concern:

The bearer of this letter is an employee of Fox Rent A Car, Inc. ("Fox"), a company that provides passenger vehicle rentals to airport passengers, and individuals who do not have vehicles, or their own vehicles are out of reach or service. Passenger vehicle rental provides a service necessary for essential activities.

Fox operates 21 facilities in 9 states, serving thousands of airport customers and individuals each day. We have 5 locations throughout Florida, with over 200 employees. On April 1, 2020, Florida Governor Ron DeSantis issued a stay at home order mandating all Florida residents to remain in their homes allowing travel for essential activities only. and forcing all non-essential businesses to close. Fox's Florida locations will remain open as we are considered an essential business. This means our employees must leave home to travel to work during this restriction. Please allow the bearer of this letter (our employee) to travel unimpeded in order to provide this service.

Respectfully,

*[signature]*

Sean O'Neill
Chief Human Resources Officer

## Christopher Sutherland / COVID 19

From: chris s (chrisesutherland@yahoo.com)

To: mgloud@foxrentacar.com; lwilliams@foxrentacar.com

Date: Sunday, April 5, 2020, 01:46 PM EDT

Christopher Sutherland
2281 SW 83rd Avenue
Miramar Florida 33025

April 5th 2020

To: Fox Rent A Car Inc.
Mike Gloud / General Manager
LaDeisha Williams Human Resources

Re: COVID 19

We are being advised by Federal, State, and Local Officials that it is within our best interest to stay home to avoid COVID 19 / Corona Virus. I am requesting Fox Rent A Car to **FURLOUGH** " temporary layoff from work"
my employment with Fox Rent A Car until April 30th 2020.

signed,
Christopher Sutherland
Rental Agent Fort Lauderdale, Florida

https://floridahealthcovid19.gov/#latest-stats


Executive Order 20-92 State of Florida.pdf
525kB


Executive Order 20-91 State of Florida.pdf
6MB

Christopher Sutherland

2281 SW 83rd Avenue

Miramar Florida 33025


To:

Fox Rent A Car Inc.

5500 W Century Blvd

Los Angeles California 90045


08 / 25 /2020


I Christopher Sutherland resign from employment with Fox Rent A Car Inc.


signed, *[signature]*

Christopher Sutherland